UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMONYEA BISHOP

    Plaintiff,

v.

    Case No. 21-cv-12862
    Hon. Matthew F. Leitman

GENESEE COUNTY ADMINISTRATOR

    Defendant.
_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 5) AND DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

Plaintiff Ramonyea Bishop is a state inmate currently incarcerated at the Genesee County Jail. On December 8, 2021, Bishop filed a *pro se* civil-rights Complaint in this Court against the Genesee County Administrator. (*See* Compl., ECF No. 1.) In her Complaint, Bishop appears to allege that her state-court prosecution violates her constitutional rights. (*See id.*, PageID.5.) As relief for those alleged violations, Bishop asks for (1) the "dismissal of all charges with prejudice" and (2) "all involved" in her prosecution to be "prosecuted for their criminal acts against [her]." (*Id.*, PageID.6.) Bishop does not ask for any other relief.

The Court reviewed Bishop's Complaint in connection with her application to proceed *in forma pauperis* (*see* Application, ECF No. 2) and it was not persuaded that she stated any claims upon which relief may be granted. The Court therefore

1

issued an order to show cause in which it directed Bishop to show cause, in writing, by no later than July 25, 2022, "why the Court should not dismiss her Complaint for failure to state a claim upon which relief may be granted" (the "Show Cause Order"). (Show Cause Order, ECF No. 5, PageID.18.)  The Court then warned Bishop that if she did "not respond to [the Show Cause Order] by July 25, 2022, the Court [would] dismiss her Complaint without prejudice." (*Id.*, PageID.19.)

Bishop has not taken any action in this matter since the Court issued the Show Cause Order.  She has not complied with the Show Cause Order by explaining to the Court why it should not dismiss her case for failure to state a claim upon which relief can be granted.  Nor has Bishop contacted the Court to ask for additional time to comply with the Show Cause Order.  For all of these reasons, because Bishop has failed to comply with the requirements of the Show Cause Order, the Court (1) **VACATES** the Show Cause Order (ECF No. 5) and (2) **DISMISSES** Bishop's Complaint (ECF No. 1) **WITHOUT PREJUDICE** for failure to comply with the Court's orders and failure to prosecute her case. *See* E.D. Mich. Local Rule 41.2.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  August 15, 2022

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 15, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126